UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anward M. Abdi,                                                  Civil 12-2086 DSD/FLN

    Plaintiff,

v.                                                                                O R D E R

Barack Hussein Obama,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 27, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [Docket No. 2] is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

DATED:  September 17, 2012.          s/David S. Doty
at Minneapolis, Minnesota                 DAVID S. DOTY, Judge
                                                   United States District Court